



## MEMORANDUM OPINION

No. 04-10-00713-CV

**FIVE THOUSAND ONE HUNDRED FIFTY-NINE DOLLARS AND NINETY-NINE CENTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15082
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  November 24, 2010

DISMISSED FOR WANT OF PROSECUTION

On October 22, 2010, we ordered appellant to provide written proof to this court that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response to our

order, and the clerk's record has not been filed. We therefore order this appeal dismissed for want of prosecution.

PER CURIAM